THOMPSON, Presiding Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(C), Ala. R.App. P.; Rule 45, Ala. R.App. P.; § 30-3-163 and - 164, Ala.Code 1975; § 30-3-165(a),(b), and (d), Ala.Code 1975; § 30-3-169.4, Ala.Code 1975; Ex parte McGriff, 908 So.2d 1024, 1027 (Ala.2004); Henderson v. Henderson, 978 So.2d 36, 39, 41-42 (Ala.Civ.App.2007); Clements v. Clements, 906 So.2d 952, 957 (Ala.Civ.App.2005); Tatum v. Carrell, 897 So.2d 313, 324 (Ala.Civ.App.2004); and Giiggs v. Griggs, 638 So.2d 916, 918-19 (Ala.Civ.App.1994).
Each party has filed a motion seeking to strike portions of a brief submitted to this court by the opposing party. This court considers only matters properly submitted to and considered by the trial court; accordingly, we deny each party’s motion to strike. Toler v. Toler, 947 So.2d 416, 419 n. 2 (Ala.Civ.App.2006).
PITTMAN and THOMAS, JJ., concur.
BRYAN, J., dissents, with writing, which MOORE, J., joins.